1  EMILY FUNG THENARD (SBN 264619)
   JESSICA ESPINOSA (SBN 275339)
2  SAG-AFTRA
   5757 Wilshire Boulevard, 7th Floor
3  Los Angeles, California 90036-3600
   Telephone: (323) 549-6628
4  Facsimile: (323) 549-6624
   emily.thenard@sagaftra.org
5
6  Attorney for Petitioner
   Screen Actors Guild - American Federation
7  of Television and Radio Artists

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 SCREEN ACTORS GUILD-<br>AMERICAN FEDERATION OF<br>12 TELEVISION AND RADIO<br>ARTISTS, a non-profit corporation,<br>13 as successor-in-interest to SCREEN<br>ACTORS GUILD, INC., on behalf of<br>14 Affected Performers,<br>15         Petitioner,<br>16<br>17 v.<br>18 RED DOORS ENTERTAINMENT,<br>LLC,<br>19<br>20         Respondent. | Case No. CV 15-2224 - RGK (SSx)<br><br>[PROPOSED] JUDGMENT |

21
22       The regularly noticed Motion for Order Confirming Arbitration Award and
23  for Entry of Judgment in Conformity Therewith of petitioner Screen Actors Guild-
24  American Federation of Television and Radio Artists, as successor-in-interest to
25  Screen Actors Guild, Inc. came before the Court.
26       Having considered all of the pleadings and arguments submitted by the
27  parties in connection with this motion, the pleadings and papers on file, and any
28  oral and/or documentary evidence presented at the time of hearing:

- 1 -
PROPOSED JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The arbitration award in favor of Screen Actors Guild-American Federation of Television and Radio Artists, as successor-in-interest to Screen Actors Guild, Inc., ("SAG-AFTRA") and against RED DOORS ENTERTAINMENT, LLC ("Respondent"), Union Case No. 4458, dated March 28, 2011, is confirmed in all respects.

2. Respondent is ordered to pay as follows:

   (a) To Screen Actors Guild-American Federation of Television and Radio Artists, on behalf of affected performers, the sum of $196,053.34;

   (b) To Screen Actors Guild-American Federation of Television and Radio Artists for its attorney's fees incurred in this action, the sum of $2,400.00; and

   (c) To Screen Actors Guild-American Federation of Television and Radio Artists for its costs incurred in this action, the sum of $400.00.

3. Screen Actors Guild-American Federation of Television and Radio Artists is hereby granted an assignment of Respondent's accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled "*Red Doors*" anywhere in the world until the amounts due are paid in full.

4. The parties are to split any arbitrator fees.

Dated: APR 2 7 2015

_____
Judge of the United States District Court